JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 21-00914 JGB (SHKx) | Date | September 28, 2022 |
|---|---|---|---|
| Title | *MS and Sons Hospitality, LLC, et al. v. Seoul Plaza, LLC, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| TANISHA CARRILLO | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order DISMISSING Plaintiffs' Complaint for Failure to Prosecute (IN CHAMBERS)

On May 27, 2021, Plaintiffs MS and Sons Hospitality, LLC, et al. and Mukesh K. Patel (collectively, "Plaintiffs") filed their Complaint against Defendants Seoul Plaza, LLC and Does 1 through 10 (collectively, "Defendants"). ("Complaint," Dkt. No. 1.) On September 6, 2022, the Court ordered Plaintiffs to show cause in writing by September 20, 2022, why this action should not be dismissed for lack of prosecution. ("Order," Dkt. No. 7.) As of September 21, 2022, Plaintiffs have failed to respond to the Court's Order.

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute her case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, Plaintiffs have failed to comply with the Court's Order and failed to prosecute this case with reasonable diligence.

Accordingly, the Court **DISMISSES** Plaintiffs' action pursuant to Rule 41(b). The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**